No. 96–1871.   MAXWELL v. BRATTON, POLICE COMMISSIONER, NEW YORK CITY POLICE DEPARTMENT, ET AL.   C. A. 2d Cir. Certiorari denied.

No. 96–1874.   CHALMERS v. TULON COMPANY OF RICHMOND. C. A. 4th Cir.   Certiorari denied.

No. 96–1875.   HOOKER v. PRODUCERS TRACTOR CO.   Sup. Ct. Ark.   Certiorari denied.

No. 96–1877.   FIELDS v. ESTATE OF FIELDS ET AL.   Dist. Ct. App. Fla., 4th Dist.   Certiorari denied.

No. 96–1878.   OMNI HOMES, INC. v. BOARD OF SUPERVISORS, PRINCE WILLIAM COUNTY, VIRGINIA.   Sup. Ct. Va.   Certiorari denied.

No. 96–1879.   SAMMARCO v. FORD MOTOR CO.   Sup. Ct. Minn. Certiorari denied.

No. 96–1881.   GAZZA v. NEW YORK DEPARTMENT OF ENVIRONMENTAL CONSERVATION.   Ct. App. N. Y.   Certiorari denied.

No. 96–1882.   EHRLANDER v. DEPARTMENT OF TRANSPORTATION OF ALASKA ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 96–1883.   FEHN v. SECURITIES AND EXCHANGE COMMISSION.   C. A. 9th Cir.   Certiorari denied.

No. 96–1885.   FRILLZ, INC. v. ALVAREZ, ADMINISTRATOR OF SMALL BUSINESS ADMINISTRATION.   C. A. 1st Cir.   Certiorari denied.

No. 96–1886.   BECKER v. PENA, SECRETARY OF ENERGY, ET AL. C. A. 9th Cir.   Certiorari denied.

No. 96–1887.   ZSCHACH ET AL. v. LUCAS, PRENDERGAST, ALBRIGHT, GIBSON & NEWMAN ET AL.   Ct. App. Ohio, Franklin County.   Certiorari denied.

No. 96–1888.   TATUM v. VANLINER INSURANCE COMPANY OF FENTON, MISSOURI.   C. A. 8th Cir.   Certiorari denied.